1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10    MANDY RAE FOULKS,

11                        Plaintiff,          CASE NO. 2:16-cv-01405 JLR

12         v.                                 ORDER ADOPTING REPORT AND
                                              RECOMMENDATION
13    NANCY A. BERRYHILL, Acting
      Commissioner of the Social Security
14    Administration,

15                        Defendant.

16

17         The Court, having reviewed the Report and Recommendation of Judge J. Richard

18    Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

19         (1)    The Court adopts the Report and Recommendation.

20         (2)    Plaintiff failed to abide by the Court's order to file an opening brief or show

21                cause why this matter should not be dismissed.  This matter is dismissed

22                without prejudice for lack of prosecution.

23         (3)    **JUDGMENT** is for defendant and the case should be closed.

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1     (4)    The Clerk is directed to send copies of this Order to pro se plaintiff.

2     Dated this 5ᵗʰ day of June, 2017.

JAMES L. ROBART
United States District Judge